UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| IN THE MATTER OF AN APPLICATION OF THE UNITED STATES OF AMERICA FOR AN ORDER AUTHORIZING THE INSTALLATION AND USE OF PEN REGISTER DEVICE OR PROCESS, THE INSTALLATION AND USE OF A TRAP-AND TRACE DEVICE OR PROCESS | Case No. 3:mj1703 (JGM) **FILED UNDER SEAL** April 27, 2020 |

**MOTION TO UNSEAL CASE, CONTINUE SEALING UNREDACTED
DOCUMENTS, AND FILE REDACTED DOCUMENTS**

In accordance with Rule 57 of the Local Rules of Criminal Procedure, the government respectfully requests that the Court (1) continue sealing the unredacted application (Docket No. 1), Order (Docket No. 3), and Order to Service Provider (Docket No. 4), and this motion until further order of the Court, and (2) permit the government to file redacted versions of the Application, Order and Order to Service Provider as publicly available documents.

On December 15, 2008, the government filed an application pursuant to 18 U.S.C. § 3122 requesting that the Court issue an Order and Order to Service Provider in authorizing the installation and use of a Pen Register and Trap and Trace Device. *See* Docket No. 1. The Court issued the Order and Order to Service Provider. The government also moved for sealing of the matter, which the Court granted.

The government requests the continued sealing of the unredacted Application, Order, and Order to Service Provider (Docket Nos. 1, 3, and 4, respectively) until further order of the Court. These documents identify an individual and make reference to an investigation as well as the collection of information related to phone activity. This individual was not charged in this district, although he/she was charged in another district Accordingly, at this point public

disclosure of the investigation in this district could result in tarnishing or further tarnishing of the reputation of Person 2.

Thus, the government respectfully requests that the Court permit the government to file redacted versions of the application (Docket No. 1), Order (Docket No. 3), and Order to Service Provider (Docket No. 4) as publicly available documents.

Pursuant to Local Rule 57 of Criminal Procedure, the requested continued sealing is justified because the government is seeking leave to file redacted versions of several pleadings. Thus, the public will be able to see the fact that an application for installation and use of a pen register and trap and trace was requested and authorized, but not the identity or phone number of the uncharged individual who was investigated. Here, the presumption of access to these unredacted and sealed documents is outweighed by the countervailing factors in favor of sealing described above.  Moreover, even if a higher standard of sealing applied, the requested sealing of the unredacted documents is essential to preserve compelling interests and is narrowly tailored to serve those interests.

## CONCLUSION

For the foregoing reasons, the government respectfully requests that the Court (1) continue sealing the unredacted Application (Docket No. 1), Order (Docket No. 3), and Order to Service Provider (Docket No. 4), until further order of the Court, and (3) permit the government to file redacted versions of the Application only (Docket No. 1), the Order (Docket No. 2), and Order to Service Provider (Docket No. 3) as publicly available documents.

Respectfully submitted,

JOHN H. DURHAM
UNITED STATES ATTORNEY

*/s/ Raymond F. Miller*
RAYMOND F. MILLER
ASSISTANT U.S. ATTORNEY
Federal Bar No. ct24192
157 Church Street, 25th Floor
New Haven, CT  06510
Tel.:    (203) 821-3700

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on April 24, 2020, a copy of the foregoing Motion was filed electronically.


<u>*/s/ Raymond F. Miller*</u>
Raymond F. Miller
Assistant United States Attorney