UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED
2018 OCT 25 P 3 09
3:18mj1703 CJM
US DISTRICT COURT
NEW HAVEN, CT

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR AN ORDER AUTHORIZING THE INSTALLATION AND USE OF A PEN REGISTER AND TRAP AND TRACE DEVICE | MISC. NO. **FILED UNDER SEAL** December 15, 2008 |

### ORDER TO SERVICE PROVIDER

This matter having come before the Court pursuant to an application under Title 18, United States Code, Sections 3123 and 3124 by Nora R. Dannehy, an attorney for the Government and the Acting United States Attorney for the District of Connecticut, by Raymond F. Miller, Assistant United States Attorney, requesting the installation and use of a pen register and trap-and-trace device on cellular telephone number:

███████ ("**Target Telephone**")

the Court, having entered an Order on this date granting the Government's application, orders the following::

IT IS ORDERED, pursuant to Title 18, United States Code, Section 3123, that agents of the Federal Bureau of Investigation may install and use a pen register to register numbers dialed or pulsed from the **Target Telephone** number, to record the date and time of such pulsings or recordings, to record the length of time the telephone receivers in question are off the hook for incoming or outgoing calls, and a trap-and-trace device that captures the incoming electronic or

5

other impulses which identify the originating numbers or other dialing, routing, addressing, or signaling information likely to identify the sources of wire or electronic communications and to record the date, time, and duration of calls created by such incoming impulses to the **Target Telephone**, for a period of sixty (60) days, commencing on the date and time of the Order without geographical limitation; and

IT IS FURTHER ORDERED, pursuant to Title 18, United States Code, Section 3123(b)(2), that SNET shall furnish agents of the Federal Bureau of Investigation forthwith all information, facilities, and technical assistance necessary to accomplish the installation of the pen register and trap-and-trace device unobtrusively and with minimum interference with the services that are accorded persons with respect to whom the installation and use is to take place; and

IT IS FURTHER ORDERED, that SNET be compensated by the applicant for reasonable expenses incurred in providing technical assistance; and

IT IS FURTHER ORDERED, that authorization apply not only to the **Target Telephone**, but to any changed number subsequently assigned to the **Target Telephone** under the same account within the sixty (60) day period;

IT IS FURTHER ORDERED, that pursuant to 18 U.S.C. § 3123(d), to avoid prejudice to the criminal investigation, SNET and its agents and employees shall not disclose or cause a disclosure of the Application or Court's Order or the request for assistance or the existence of this investigation under penalty of criminal prosecution to any person other than those of their agents and employees who require this information to accomplish the services hereby ordered,

6

unless and until otherwise ordered by this Court. In particular, no such disclosure may be made to a lessee, telephone subscriber, or any other person, unless or until otherwise ordered by the Court; and

IT IS FURTHER ORDERED that this order apply not only to SNET, but to any other communications provider who may provide service to the **Target Telephone** number during the sixty (60) day period of this order and

IT IS FURTHER ORDERED, that this order and the application be sealed until otherwise ordered by the Court, and that SNET shall not disclose the existence of the pen register or trap-and-trace device, or the existence of the investigation, to the listed subscriber, or to any other person, unless or until otherwise ordered by the Court, except that a copy of the Application and

7

the Court's Order may be provided to the FBI, and a copy of the Order may be provided to SNET

Dated this 1st day of December, 2008, at New Haven, Connecticut.

/s/
_____
THE HON. JOAN G. MARGOLIS
UNITED STATES MAGISTRATE JUDGE

8